UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/5/2021__
```

-------------------------------------------------------------X

MERCY PEREZ, on behalf of herself and all other persons similarly situated,

                        Plaintiff,

-against-

PEARL RIVER PASTRY, LLC, JOSEPH KOFFMAN and MARTIN KOFFMAN,

                        Defendants.

-------------------------------------------------------------X

Case No. 21-cv-01259 (NSR)

**STIPULATION OF CONFIDENTIALITY**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for MERCY PEREZ (the "Plaintiff") and the attorneys for PEARL RIVER PASTRY, LLC, JOSEPH KOFFMAN, and MARTIN KOFFMAN (collectively the "Defendants") that:

1. All documents produced by the Defendants and/or Defendants' counsel to Plaintiff and/or Plaintiff's counsel, marked "Confidential – For Settlement Purposes Only" (the "Confidential Discovery") must be kept confidential and cannot be used for any purpose other than for settlement discussions.

2. Plaintiff and Defendants each agree that the Confidential Discovery cannot be used as evidence in any current or future action, or filed with any Court, unless otherwise produced by the Defendants during discovery of such action.

3. Confidential Discovery shall not be disclosed by the receiving party to any person except Plaintiff and Plaintiff's counsel.

4. Upon the conclusion of settlement negotiations and/or upon the request of Defendants' counsel, the Confidential Discovery and any copies thereof shall be promptly returned to the Defendants' counsel or certified as destroyed.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: August 4, 2021

LAW OFFICE OF PETER A. ROMERO PLLC

By: _____
Peter A. Romero, Esq.
David Barnhorn, Esq.
490 Wheeler Road, Suite 250
Hauppauge, New York 11788
(631) 257-5588
promero@romerolawny.com
dbarnhorn@romerolawny.com
*Attorneys for Plaintiff*

Dated: August 5, 2021

KAUFMAN DOLOWICH & VOLUCK, LLP

By: _____
Keith Gutstein, Esq.
Matthew Cohen, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100
kgutstein@kdvlaw.com
mcohen@kdvlaw.com
*Attorneys for Defendants*

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dated: August 5, 2021
White Plains, NY